| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lorenzo A. Caldara | Social Security number or ITIN  xxx–xx–1026 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kimberly A. Caldara | Social Security number or ITIN  xxx–xx–4418 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–11372–MBK | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lorenzo A. Caldara                    Kimberly A. Caldara

2/26/21                              **By the court:** Michael B. Kaplan
                                                 United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Lorenzo A. Caldara  
Kimberly A. Caldara  
    Debtors

Case No. 16-11372-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 26, 2021 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lorenzo A. Caldara, Kimberly A. Caldara, 17 Alton Way, Burlington, NJ 08016-4259 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 636007, Littleton, CO 80163-6007 |
| 515964400 | | American Express, c/o Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 515964401 | | Bank of America, c/o Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 516050494 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515964402 | | Barclays Bank Delaware, c/o Northstar Location Services, Inc., 4285 Genessee Street, Cheektowaga, NY 14225-1943 |
| 515964406 | + | Chase Bank USA, N.A., c/o GC Services Limited Partnership, Attn: Teresa Fontenot, Acct Rep, P.O. Box 1545, Houston, TX 77251-1545 |
| 515964404 | + | Chase Bank USA, N.A., c/o United Collections Bureau, 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 515964405 | | Chase Bank USA, N.A., c/o ARS National Services Inc., P.O. Box 468046, Escondido, CA 92046-9046 |
| 515964407 | + | Citi, c/o Atlantic Credit & Finance, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 515964408 | + | Citi Sears, c/o Monarch Recovery Management Inc., P.O. Box 16119, Philadelphia, PA 19114-0119 |
| 515964413 | | Discover Bank, c/o Pressler and Pressler, LLP, Christopher Odogbili, Jr., 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 515964412 | # | Discover Bank, c/o Northstar Location Services, LLC, Attn: Financial Services Dept., P.O. Box 49, Bowmansville, NY 14026-0049 |
| 517427799 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517427800 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 515964416 | + | TD Bank, c/o Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2021 21:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2021 21:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515964399 | | EDI: AMEREXPR.COM | Feb 27 2021 01:33:00 | American Express, P.O. Box 360001, Fort Lauderdale, FL 33336-0001 |
| 515964398 | | EDI: AMEREXPR.COM | Feb 27 2021 01:33:00 | American Express, P.O. Box 26312, Lehigh Valley, PA 18002-6312 |
| 516003938 | | EDI: BECKLEE.COM | Feb 27 2021 01:33:00 | American Express Bank, FSB, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 516005879 | | EDI: BECKLEE.COM | Feb 27 2021 01:33:00 | American Express Centurion Bank, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 515964403 | | Email/Text: cms-bk@cms-collect.com | Feb 26 2021 21:38:00 | Barclays Bank Delaware, c/o Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, |

Case 16-11372-MBK    Doc 57    Filed 02/28/21    Entered 03/01/21 00:23:14    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 3180W | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| 516167490 | + Email/Text: bncmail@w-legal.com | Feb 26 2021 21:39:00 | NY 14206-2317<br>Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515964410 | + Email/Text: mediamanagers@clientservices.com | Feb 26 2021 21:36:00 | Citibank NA, c/o Client Services, Inc., P.O. Box 1503, Saint Peters, MO 63376-0027 |
| 515964409 | EDI: ARSN.COM | Feb 27 2021 01:38:00 | Citibank NA, c/o ARS National Services Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 515964411 | EDI: WFNNB.COM | Feb 27 2021 01:38:00 | Comenity Bank-Victorias Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 515990923 | EDI: DISCOVER.COM | Feb 27 2021 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516114933 | EDI: ECAST.COM | Feb 27 2021 01:33:00 | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 516103215 | + EDI: MID8.COM | Feb 27 2021 01:38:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 515997004 | EDI: RECOVERYCORP.COM | Feb 27 2021 01:38:00 | Orion, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516112070 | EDI: RECOVERYCORP.COM | Feb 27 2021 01:38:00 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 517625226 | + EDI: PRA.COM | Feb 27 2021 01:38:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516191971 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2021 21:37:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 515964415 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2021 21:37:00 | PNC Bank, Elizabeth Coolidge, Recovery Specialist, P.O. Box 5570, Cleveland, OH 44101 |
| 516084964 | EDI: PRA.COM | Feb 27 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 515981390 | EDI: Q3G.COM | Feb 27 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516197137 | + Email/Text: bncmail@w-legal.com | Feb 26 2021 21:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516125001 | EDI: WFFC.COM | Feb 27 2021 01:38:00 | Wells Fargo Bank N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 516183582 | + EDI: WFFC.COM | Feb 27 2021 01:38:00 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 516187323 | + EDI: WFFC.COM | Feb 27 2021 01:38:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 515964417 | + EDI: WFFC.COM | Feb 27 2021 01:38:00 | Wells Fargo Card Services, c/o Janet Ivers, Collections Manager, P.O. Box 9210, Des Moines, IA 50306-9210 |
| 515964418 | EDI: WFFC.COM | Feb 27 2021 01:38:00 | Wells Fargo Home Mortgage, ATTN: Mary Coffin, Exec VP, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516005880 | * | American Express Centurion Bank, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 516005881 | * | American Express Centurion Bank, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 515964414 | ##+ | Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite 333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank  N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Specialized Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Braverman | on behalf of Joint Debtor Kimberly A. Caldara rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Robert Braverman | on behalf of Debtor Lorenzo A. Caldara rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |

TOTAL: 8