Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16–11372–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lorenzo A. Caldara
17 Alton Way
Burlington, NJ 08016

Kimberly A. Caldara
17 Alton Way
Burlington, NJ 08016

Social Security No.:
 xxx–xx–1026
 xxx–xx–4418

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: April 1, 2021            Michael B. Kaplan
                                Judge, United States Bankruptcy Court